IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:04-CV-30-BO(1)



| | |
|---|---|
| WILLIAM DARDEN, | ) |
| Plaintiff, | ) |
| v. | ) MOTION TO SUPPLEMENT RECORD |
| MARYBETH PETERS, REGISTER OF COPYRIGHTS, | ) |
| Defendant. | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, previously moved the Court to submit the relevant Administrative Record on CD-Rom. The Court denied Defendant's Motion. Accordingly, in compliance with the Court's Order, Defendant submits the original and one copy of the Administrative Record, as required under Local Rule 5.1.

Respectfully submitted this 1st day of March, 2005.

FRANK D. WHITNEY
United States Attorney

BY: /s/ Lora M. Taylor
LORA M. TAYLOR
Assistant United States Attorney
Civil Division
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4907
FAX: (919) 856-4821

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 1st day of March, 2005, served a copy of the MOTION TO SUPPLEMENT RECORD (pleading only) upon the below listed party by placing a copy of the same in the U.S. Mails, addressed as follows:

        Anthony J. Biller
        David E. Bennett
        Coats & Bennett, PLLC
        1400 Crescent Green, Suite 300
        Cary, NC 27511

_____
Assistant United States Attorney
Civil Division